|  |  |
|---|---|
| HI&RH EMPRESS AUBREE DEI GRATIA,<br><br>              Plaintiff,<br><br>      v.<br><br>FINISH LINE TOWING, INC., ET AL.,<br><br>              Defendants. | Case No.: C 11-02013 PSG<br><br>**ORDER TO REASSIGN CASE; AND REPORT AND RECOMMENDATION THAT CASE BE DISMISSED WITH LEAVE TO AMEND** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

On April 25, 2011, Plaintiff HI&RH Empress Aubree Dei Gratia ("Dei Gratia") proceeding *pro se* filed a complaint and an application to proceed *in forma pauperis*. Based on the application and the file herein,

IT IS HEREBY ORDERED that this case be reassigned to a District Court Judge with the recommendation that the case be dismissed with leave to amend.[1] A federal court must dismiss an *in forma pauperis* complaint if the complaint is: (1) frivolous; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See,* 28 U.S.C. §1915(e)(2); *see also, Neitzke v. Williams,* 490 U.S. 319, 324 (1989).

In the complaint, Dei Gratia alleges that her automobile was improperly towed from private

---

[1] This court is ordering reassignment to a District Court Judge because, absent consent of all parties, a Magistrate Judge does not have authority to make case-dispositive rulings. *See, e.g., Tripati v. Rison,* 847 F. 2d 548, 549 (9th Cir. 1988).

ORDER, *page 1*

1  property located in California.  While the complaint is replete with references to federal law, it fails
2  to provide any non-frivolous basis for jurisdiction in federal court.
3        Generally, a district court must give *pro se* litigants an opportunity to amend their complaint.
4  "[L]eave [to amend] shall be freely given when justice so requires."  Fed. R. Civ. P. 15(a).
5  Additionally, a federal court may liberally construe the "inartful pleading" of parties appearing *pro*
6  *se.  Hughes v. Rowe,* 449 U.S. 5, 9, 101 S.Ct. 173, 176 (1980).  Accordingly, this court recommends
7  that the district court dismiss the complaint with leave to amend.
8        IT IS SO ORDERED.
9  Dated:

                PAUL S. GREWAL
                United States Magistrate Judge