UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HI&RH EMPRESS AUBREE' DEI GRATIA, | ) | Case No.: 11-CV-02013-LHK |
| Plaintiff, | ) ) | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | ) ) | |
| FINISH LINE TOWING, INC., | ) ) | |
| Defendant. | ) ) | |

On May 17, 2011, the undersigned adopted the Report and Recommendation of the Honorable Magistrate Judge Paul S. Grewal to dismiss the Complaint in this action with leave to amend. *See* Dkt. #6. The May 17, 2011 Order stated that "[a]ny amended pleading must be filed within thirty (30) days of this Order. Failure to timely amend the Complaint will result in dismissal of this case with prejudice." *Id*. at 1-2. It is now beyond thirty days of the May 17, 2011 Order, and Plaintiff has filed no amended pleading. Accordingly, this action is DISMISSED WITH PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02013-LHK
ORDER DISMISSING CASE WITH PREJUDICE